AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Ohio

UNITED STATES OF AMERICA
V.

TROY ANTHONY MINTURN
Address unknown

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 2:09-mj-0052

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 1, 2009 in Franklin County, in the Southern District of Ohio defendant(s) did,

(Date)

*(Track Statutory Language of Offense)*

Escape from the custody of the Attorney General of the United States or his authorized representative, or from any institution or facility in which he is confined by the direction of the Attorney General.

in violation of Title 18 United States Code, Section(s) 751 (a).

I further state that I am a(n) Deputy U.S. Marshal and that this complaint is based on the following facts:

Official Title

see attached affadavit

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Andrew M. Shadwick
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 2, 2009 at Columbus, Ohio
Date                                                    City and State

U.S. Magistrate Judge.                    Mark R. Abel
Name and Title of Judge                      Signature of Judge

## AFFADAVIT

I, Andrew M. Shadwick, declare and state as follows:

1. I am employed by the United States Marshals Service (USMS) as a Deputy U.S. Marshal and have been so employed for over ten years.

2. On January 27, 2006, the Honorable Algenon Marbley sentenced Troy MINTURN to sixty (60) months imprisonment for Possession with Intent to Distribute Cocaine.

3. On August 1, 2008, Troy MINTURN was transferred from FCI Beckley to the Alvis House, 1755 Alum Creek Drive, Columbus, Ohio. The Alvis House is a community treatment center under contract with the Bureau of Prisons, and is a halfway house for federal prisoners approved by the Attorney General of the United States. MINTURN had a projected release date of March 28, 2009.

4. On February 1, 2009, at about 3:30 a.m., Troy MINTURN left the Alvis House without permission, could not be located by Alvis House staff, and did not return. MINTURN was to stay at the halfway house the entire day on 2.1.2009; he had no permissible reason to leave the facility on that date. At about 4:55 a.m. on 2.1.2009, MINTURN called the Alvis House staff asking whether he could return. Staff informed him to return immediately. He did not do so. Alvis House staff notified the United States Marshals Service of the escape on February 1, 2009 at 12:34 p.m. As of February 2, 2009, the Alvis House staff had not heard from MINTURN again.

5. On the afternoon of February 2, 2009, MINTURN's sister (name unknown) showed up to Alvis House and asked whether MINTURN had shown back up. She did not know his whereabouts.

6. On February 2, 2009 MINTURN was scheduled to be at work early in the morning at Worthington Cylinder in Westerville, Ohio. Staff there indicated MINTURN had failed to show up at work.

7. Based on the above facts, the affiant requests that an arrest warrant be issued for Troy MINTURN charging him with Escape.

*[signature]*

Andrew M. Shadwick
Deputy U.S. Marshal

Sworn to and subscribed in my presence on this 2nd day of February, 2009.

*Mark R. Abel*

U.S. Magistrate Judge
Columbus, Ohio